# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-1283 CAB |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| CARLOS FAJARDO-GALVEZ, | The Honorable Cathy Ann Bencivengo |
| Defendant. | |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, IT IS HEREBY ORDERED that the Indictment in the above-entitled action be dismissed without prejudice. The bond in the matter is exonerated.

**SO ORDERED.**

Dated: October 26, 2020

_____
The Honorable Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE